IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DAQUIRI MOSS,<br><br>       Plaintiff,<br><br>v.<br><br>NEW BOSTON POLICE DEPARTMENT, *et al.*,<br><br>       Defendants. | CIVIL ACTION NO.  5:21-CV-00122-RWS-CMC<br><br>(consolidated with 5:21-CV-00124) |

## ORDER

Pursuant to the Court's order dismissing the above-captioned causes of action, the Court hereby enters Final Judgment.  Accordingly, it is

**ORDERED** that the above-captioned causes of action are **DISMISSED WITHOUT PREJUDICE**.  All motions not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the above-captioned consolidated causes of action.

It is so **ORDERED**.

 **SIGNED** this 9th day of May, 2022.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE